.91347

MARK E. DAVIS—BAR NO. 79936
ERIC J. BENGTSON—BAR NO. 254167
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.244.7815
Email: mdavis@davisyounglaw.com
Email: eric@davisyounglaw.com

Attorneys for Defendants
CITY OF SANTA CLARA and CUONG PHAN

IT IS SO ORDERED
[signature]
Judge Edward J. Davila
DATED: 3/23/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO R. DAVIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SANTA CLARA and CUONG PHAN, <br><br> Defendants, | Case No.: 5:15-cv-05603-EJD <br><br> **STIPULATION EXTENDING DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT** |

The parties to this action, by and through their respective attorneys of record, hereby stipulate as follows:

1. There is no trial date in this matter;
2. The complaint in this matter was filed on December 8, 2015.
3. The summons and complaint was served on Defendants City of Santa Clara and Cuong Phan on February 29, 2016;
4. Mark E. Davis, of Davis & Young, APLC, was recently assigned as counsel for Defendants City of Santa Clara and Cuong Phan and has not yet had an opportunity to review the complaint and prepare a responsive pleading;
5. Mr. Davis is in trial in Santa Clara County Superior Court from March 21, 2016, until at least March 28, 2016;

.91347

6. Due to Mr. Davis' recent appearance in this matter and his unavailability during the week of March 21st, the parties hereby stipulate to extend the deadline for Defendants City of Santa Clara and Cuong Phan to file their response to the complaint from March 21, 2016, to April 4, 2016;

7. The parties will prepare and file their Joint Case Management Statement in accordance with the Court's scheduling order.

DATED: March 21, 2016

Law Office of Kenneth C. Brooks

By _____
Kenneth Brooks
Attorneys for Plaintiff
Domingo R. Davis

DATED: 3-21-16

DAVIS & YOUNG, APLC

By _____
Mark E. Davis
Attorneys for Defendants
City of Santa Clara and Cuong Phan